No. 12-09-09566-CR

Jacob Chavez } In THE COURT OF
v. } Criminal Appeals
THE STATE OF Texas } of Texas

## MOTION TO SUSPEND RULE 9.3 (b)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Now come's Jacob Chavez, appellant in this cause respectfully present this motion to suspend rule 9.3 (b) and allow him to present one copy of his petition for Discretionary Review (P.D.R) as opposed to the forty-copies required, and in support will show the following:

### I.

1.) Appellant seek to file his (P.D.R) Challenging the 9th Court of Appeals decision in Appeal No. 12-09-09566-CR No.09-13-00408-CR

### II.

2.) Appellant is Challenging a conviction from the 221ST District Court, Montgomery County Texas, Trial Court Cause No. 12-09-09566-CR

### III

3.) Appellant is Indigent, and does not have access to a copy machine, nor have anyone that could make the forty copies.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

·FILED IN
COURT OF CRIMINAL APPEALS

JAN 14 2015

Abel Acosta, Clerk

WHEREFORE PREMISES CONSIDERED, Appellant pray that this HONORABLE Court grant this motion and allow him to send only (1) - copy.

Respectfully Submitted

Jacob Chavez

Certificate of Service

I Jacob Chavez, certify that, on this day the 1st of January 2015, that a copy of this foregoing motion was sent by first class U.S mail to the Ninth District Court of Appeals

Jacob Chavez #1893600
Allen Polunsky Unit
3872 F.M 350 South
Livingston, Tx 77351